IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
JAN 2 6 2012
CLERK, U.S. DISTRICT COURT
by _____

| | |
|---|---|
| UNITED STATES OF AMERICA | § Magistrate Docket No.: 3-12-MJ-37-BKLY |
| | § Docket No. 4:12-MJ-11 |
| vs. | § Charge Pending: 21 U.S.C. § 846 |
| | § Eastern District of Virginia |
| OSCAR GONZALEZ | § Newport News Division |

## REPORT OF PROCEEDINGS UNDER RULES 5(c)(3) and 5.1
## AND ORDER ENTERED THEREON

The defendant is charged in the above-referenced district with the offense of **Conspiracy to Possess with Intent to Distribute a Controlled Substance,** in violation of **21 U.S.C. 846.** Having been arrested in this district on a warrant issued on that/those charge(s), he/she appeared before me for proceedings as follows:

**Rule 5(c)(3)   Transfer**

☑ The government has produced a copy of the warrant, and

☑ The Court finds that the person before the Court is the defendant named in the indictment, information or warrant because:

  ☐ The defendant waived identity hearing.

  ☑ An identity hearing was conducted, and the defendant's identity was established.

☐ The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is **NOT** the defendant named in the indictment, information or warrant.

**Rule 5.1:   Preliminary Hearing**

☐ No preliminary hearing is necessary because the defendant is charged by indictment.

☐ The defendant waived a preliminary hearing.

☐ The defendant elected to have a preliminary hearing in the district where the prosecution is pending.

☑ The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

  ☑ There is probable cause to believe that the defendant committed the offense(s) charged.

  ☐ There is **NOT** probable cause to believe that the defendant committed the offense(s) charged.

**Rule 5(d)(3)   Detention Hearing**

☐ No detention hearing is necessary because the government did not move to detain the defendant.

☐ The defendant waived a detention hearing.

☐ The defendant elected to have a detention hearing in the district where the prosecution is pending.

☑ The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

   ☑ The defendant should be detained.

   ☐ The defendant should be released on bond.

---

### ORDER ENTERED ON THE FOREGOING REPORT

TO:  UNITED STATES MARSHAL

☑ You are commanded to transfer the above-named defendant forthwith to the district in which he/she is charged and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

☐ It is ORDERED that this defendant be released from custody on bond pending further proceedings.

☐ It is ORDERED that this defendant be discharged.

DATE: 1/26/12

_____
United States Magistrate Judge

(Use Other Side for Return)